# EXHIBIT 4

https://www.cdc.gov/tobacco/data_statistics/fact_sheets/adult_data/cig_smoking/index.htm

A-Z Index

Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

# Smoking & Tobacco Use

    

- Home
- Office on Smoking and Health (OSH)
- Quit Smoking
- Basic Information
- Tobacco-Related Disparities
- Data and Statistics
- State and Community Resources
- Global Tobacco Control
- Multimedia & Tools

## Current Cigarette Smoking Among Adults in the United States

Cigarette smoking is the leading cause of preventable disease and death in the United States, accounting for more than 480,000 deaths every year, or about 1 in 5 deaths.[1]

In 2017, 14 of every 100 U.S. adults aged 18 years or older (14.0%) currently* smoked cigarettes. This means an estimated 34.3 million adults in the United States currently smoke cigarettes.[2] More than 16 million Americans live with a smoking-related disease.[1]

Current smoking has declined from 20.9% (nearly 21 of every 100 adults) in 2005 to 14.0% (14 of every 100 adults) in 2017, and the proportion of ever smokers who have quit has increased.[2]

*Current smokers are defined as people who reported smoking at least 100 cigarettes during their lifetime and who, at the time they participated in a survey about this topic, reported smoking every day or some days.

**On This Page**
- Current Smoking Among Adults in 2017 (Nation)
- Current Smoking Among Adults in 2017 (States)
- References

### Current Smoking Among Adults in 2017 (Nation)

**By Gender**[2]
Men were more likely to be current cigarette smokers than women.

- Nearly 16 of every 100 adult men (15.8%)
- About 12 of every 100 adult women (12.2%)

**By Age**[2]
Current cigarette smoking was higher among persons aged 18–24 years, 25–44 years, and 45–64 years than among those aged 65 years and older.

- About 10 of every 100 adults aged 18–24 years (10.4%)
- About 16 of every 100 adults aged 25–44 years (16.1%)
- Nearly 17 of every 100 adults aged 45–64 years (16.5%)
- About 8 of every 100 adults aged 65 years and older (8.2%)

Cigarette Smoking is Down, but about 34 million American Adults Still Smoke

Larger Infographic

**By Race/Ethnicity**[2]
Current cigarette smoking was highest among non-Hispanic American Indians/Alaska Natives and people of multiple races and lowest among non-Hispanic Asians.

- 24 of every 100 non-Hispanic American Indians/Alaska Natives (24.0%)
- Nearly 21 of every 100 non-Hispanic multiple race individuals (20.6%)
- Nearly 15 of every 100 non-Hispanic Blacks (14.9%)
- About 15 of every 100 non-Hispanic Whites (15.2%)
- Nearly 10 of every 100 Hispanics (9.9%)
- About 7 of every 100 non-Hispanic Asians* (7.1%)

**Get Email Updates**

To receive email updates about Smoking & Tobacco Use, enter your email address:

Email Address

What's this  Submit

**Quick Links**

For help with quitting

1-800-QUIT-NOW
1-800-784-8669

**Related CDC Sites**

Tips From Former Smokers®

Division of Cancer Prevention and Control
- Lung Cancer
- National Comprehensive Cancer Control Program

Division of Reproductive Health

More CDC Sites

### By Education[2]

Current cigarette smoking was highest among persons with a general education development (GED) certificate and lowest among those with a graduate degree.

- About 23 of every 100 adults with 12 or fewer years of education (no diploma) (23.1%)
- Nearly 37 of every 100 adults with a GED certificate (36.8%)
- Nearly 19 of every 100 adults with a high school diploma (18.7%)
- About 17 of every 100 adults with some college (no degree) (17.4%)
- Nearly 16 of every 100 adults with an associate's degree (15.5%)
- About 7 of every 100 adults with an undergraduate degree (7.1%)
- About 4 of every 100 adults with a graduate degree (4.1%)

### By Annual Household Income[2]

Current cigarette smoking was higher among persons with a low annual household income than those with higher annual household incomes.

- About 21 of every 100 adults with an annual household income less than $35,000 (21.4%)
- About 15 of every 100 adults with an annual household income of $35,000 to $74,999 (15.3%)
- Nearly 12 of every 100 adults with an annual household income of $75,000 to $99,999 (11.8%)
- Nearly 8 of every 100 adults with an annual household income greater than $100,000 (7.6%)

### By U.S. Census Region[2]

Current cigarette smoking was highest in the Midwest and lowest in the West.

- Nearly 17 of every 100 adults who live in the Midwest (16.9%)
- Nearly 16 of every 100 adults who live in the South (15.5%)
- About 11 of every 100 adults who live in the Northeast (11.2%)
- 11 of every 100 adults who live in the West (11.0%)

### By Marital Status[2]

Current cigarette smoking was highest among persons who were divorced/separated or widowed and lowest among those who were married/living with a partner.

- About 12 of every 100 adults who were married/living with a partner (12.4%)
- About 14 of every 100 adults who were single/never married/not living with a partner (14.4%)
- About 19 of every 100 adults who were divorced/separated/widowed (19.1%)

### By Sexual Orientation[2]

Lesbian/gay/bisexual adults were more likely to be current smokers than heterosexual/straight adults.

- About 20 of every 100 lesbian/gay/bisexual adults (20.3%)
- Nearly 14 of every 100 heterosexual/straight adults (13.7%)

### By Health Insurance Coverage[2]

Current smoking was highest in uninsured adults and adults with Medicaid and lowest in adults with Medicare only.

- Nearly 25 of every 100 adults who were uninsured (24.7%)
- Nearly 25 of every 100 adults who had Medicaid (24.5%)
- About 20 of every 100 adults who had other public insurance (20.4%)
- Nearly 11 of every 100 adults with private insurance (10.5%)
- Nearly 9 of every 100 adults with Medicare only (8.7%)

### By Disability/Limitation[2]

Adults with a disability/limitation were more likely to be current smokers than those who without.

- Nearly 21 of every 100 adults with a disability/limitation (20.7%)
- About 13 of every 100 adults without a disability/limitation (13.3%)

### By Serious Psychological Distress*[2]

Adults who had experienced serious psychological distress were more likely to be current smokers than adults who did not report serious psychological distress.

- About 35 of every 100 adults with serious psychological distress (35.2%)
- About 13 of every 100 adults without serious psychological distress (13.2%)

*Measures of serious psychological distress are based on the Kessler psychological distress scale.

## Current Smoking Among Adults in 2017 (States)

- In 2017, current smoking ranged from nearly 9 of every 100 adults in Utah (8.9%) to 26 of every 100 adults in West Virginia (26.0%).[3]



The figure presents the percentage of adults in each state who were current smokers in 2017.[3]

Note: These data are periodically updated on the following CDC Web sites:

Smoking and Tobacco Use

National Health Interview Survey

Behavioral Risk Factor Surveillance System

## References

1. U.S. Department of Health and Human Services. The Health Consequences of Smoking—50 Years of Progress: A Report of the Surgeon General. Atlanta: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health, 2014 [accessed 2019 Jan 30].
2. Centers for Disease Control and Prevention. Current Cigarette Smoking Among Adults—United States, 2017. Morbidity and Mortality Weekly Report 2018;67(44):1225-32 [accessed 2019 Jan 30].
3. Centers for Disease Control and Prevention. State Tobacco Activities Tracking & Evaluation (STATE) System. Map of Current Cigarette Use Among Adults (Behavior Risk Factor Surveillance System) 2017 [accessed 2019 Jan 30].

## For Further Information

Centers for Disease Control and Prevention
National Center for Chronic Disease Prevention and Health Promotion
Office on Smoking and Health
E-mail: tobaccoinfo@cdc.gov
Phone: 1-800-CDC-INFO

Media Inquiries: Contact CDC's Office on Smoking and Health press line at 770-488-5493.

## Fact Sheets

| | | |
|---|---|---|
| Adult Data | Health Effects | Tobacco Marketing and Products |
| Cessation | Secondhand Smoke | |
| | | Youth Tobacco Use |
| Economics | Smokeless Tobacco | |

[Fast Facts]

## Multimedia

**CDCTobaccoFree**



Page last reviewed: February 4, 2019

Content source: Office on Smoking and Health, National Center for Chronic Disease Prevention and Health Promotion

### HAVE QUESTIONS?

Visit CDC-INFO

Call 800-232-4636

Email CDC-INFO

### CDC INFORMATION

About CDC

Jobs

Funding

Policies

File Viewers & Players

Privacy

FOIA

No Fear Act

OIG

Nondiscrimination

Accessibility

### CONNECT WITH CDC









U.S. Department of Health & Human Services

USA.gov

CDC Website Exit Disclaimer