# EXHIBIT 6

Declaration of John Dunham

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VAPOR TECHNOLOGY ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLIE BAKER, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS, AND MONICA BHAREL, M.D., IN HER OFFICIAL CAPACITY AS DEPARTMENT OF PUBLIC HEALTH COMMISSIONER,<br><br>Defendants. | Civil Action No. |

## **DECLARATION OF JOHN DUNHAM**

I, John Dunham, do hereby declare as follows:

1. I am over the age of 18 years and have personal knowledge of the facts set forth below such that I would be competent to testify as to the same if called.

2. I am an economist with over 30 years of experience studying the impacts of public policy on markets for products and services. I have conducted hundreds of studies on the impact of taxes and regulations and am a regular commentator on economic conditions in both national and regional broadcast and print media covering business and economics. My research has been published in a number of peer-reviewed academic journals, including Economic Inquiry. I have served as an expert witness in economic research and analysis in fifteen cases in state and federal courts over the years and have provided trial testimony in three cases.

3. I received my master's in arts (M.A.) in economics from the New School for Social Research and my master's in business administration (M.B.A.) from Columbia University. I am a member of the American Economic Association and the National Association for Business

1

Economics. Since 2002, I have been the Managing Partner of John Dunham & Associates ("JDA"), a Brooklyn, New York-based economic research firm that uses econometric models to help our clients understand the economic outcomes of various public policy proposals. Prior to founding my own economic research firm, I held positions as the senior U.S. economist for Philip Morris and as a senior economist for the New York City Mayor's Office, the New York City Comptroller's Office, and the Port Authority of New York and New Jersey.

4. In 2018, the Vapor Technology Association retained JDA to conduct a nationwide study on the economic contributions of the vapor products industry. At JDA, we conducted our research and completed our study using standard econometric models first developed by the federal government with data from industry sources, government publications (including data from the FDA and the Centers for Disease Control and Prevention), and third-party providers of business and consumer data. The study was concluded in early 2019 and calculates the economic impact of the vapor industry in 2018 on a national basis, by state, by Congressional district, and by state legislative districts.

5. Our study concluded that the vapor industry is a dynamic part of the U.S. economy, accounting for $24.46 billion annually in economic output. Overall, the vapor industry employs approximately 166,000 Americans who collectively earn wages and benefits totaling approximately $7.90 billion. To put the direct economic impact of the vapor industry in context, it is slightly larger than the national steel and iron forging industry and employs almost as many people as the commercial fishing industry.

6. In Massachusetts, we found that the vapor industry accounts for over $331,428,500 annually in economic output and generates jobs for approximately 2,530 individuals who collectively earn annual wages and benefits totaling $133,260,400.

7. As part of our study, our firm verified the existence and size of each vapor industry business in the United States. In Massachusetts, we found that there were 8 vape shop manufacturers and 1 e-liquid manufacturer, with a total of 221 vape shops that together employed over 937 individuals statewide. These figures do not include tobacco shops and other general retail outlets that sell vapor products as part of their broader product offerings, nor do they include the wholesalers that distribute these products.

8. Of the 2,530 jobs directly and indirectly generated by the vapor industry in Massachusetts, 1,425 people are directly employed in the vapor industry, including 924 individuals employed in retail vape shops and another 13 individuals employed in the manufacturing of e-liquid in the state. The wages and benefits earned annually by these 937 individuals total $24,384,300 and the direct economic output attributable to retail vape shops and e-liquid manufacturing totals $45,129,600.

9. The Massachusetts vapor industry is also an important fiscal contributor. Vapor companies and their employees contribute $18,982,100 in Massachusetts state taxes and vapor product consumers also generate a further $10,773,000 in sales taxes.

10. If the statewide ban on the sale of vapor products in Massachusetts continues in effect for four months as announced, for a large number of retailers of vapor products, the forced closure will prove fatal to their businesses. The four-month forced closure will also have widespread deleterious effects throughout the supply chain and threaten the very existence of every aspect of the state's vapor products industry. In fact, the lost sales from the forced closure would be more than twice what the average vapor retailer makes in profits (and payments to owners) over the course of the year.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Dated: September 30, 2019

_____
John Dunham