# EXHIBIT 9

https://www.cdc.gov/tobacco/basic_information/e-cigarettes/severe-lung-disease.html

**Centers for Disease Control and Prevention**
CDC 24/7: Saving Lives, Protecting People™

A-Z Index

# Smoking & Tobacco Use

    

- Home
- Office on Smoking and Health (OSH)
- Quit Smoking
- Basic Information
- Tobacco-Related Disparities
- Data and Statistics
- State and Community Resources
- Global Tobacco Control
- Multimedia & Tools

# Outbreak of Lung Injury Associated with E-Cigarette Use, or Vaping

Español (Spanish)

Posted September 27, 2019 at 1:00pm ET

CDC, the U.S. Food and Drug Administration (FDA), state and local health departments, and other clinical and public health partners are investigating a multistate outbreak of lung injury associated with e-cigarette product use, or vaping.

## Key Facts about E-Cigarette Use, or Vaping

- Electronic cigarettes – or e-cigarettes — are also called vapes, e-hookahs, vape pens, tank systems, mods, and electronic nicotine delivery systems (ENDS).
- Using an e-cigarette product is commonly called vaping.
- E-cigarettes work by heating a liquid to produce an aerosol that users inhale into their lungs.
- The liquid can contain: nicotine, tetrahydrocannabinol (THC) and cannabinoid (CBD) oils, and other substances and additives. THC is the psychoactive mind-altering compound of marijuana that produces the "high".

### On This Page

Key Facts about E-Cigarette Use, or Vaping

What we know

What we don't know

What CDC recommends

Latest Outbreak Information on Lung Injury Associated with Electronic Cigarettes, or Vaping

Map of Reported Cases

Epi Chart of Reported Cases

 **Digital Press Kit**

 **Get Email Updates**

To receive email updates about Smoking & Tobacco Use, enter your email address:

[Email Address]

What's this   Submit

### Quick Links

For help with quitting

1-800-QUIT-NOW
1-800-784-8669

### Related CDC Sites

Tips From Former Smokers®

Division of Cancer Prevention and Control

- Lung Cancer
- National Comprehensive Cancer Control Program

 **For the Public: What You Need to Know**

 **For Healthcare Providers**

 **For State and Local Health Departments**

Top of Page

## What we know

- There are 805* lung injury cases reported from 46 states and 1 U.S. territory. Twelve deaths have been confirmed in 10 states.
- CDC has received sex and age data on 771 patients.
    - About 69% of patients are male.
    - Nearly two thirds (62%) of patients are 18 to 34 years old; with 22% of patients between 18-21.
    - 16% of patients are under 18 years.
- All reported patients have a history of e-cigarette product use or vaping.
- The latest findings from the investigation into lung injuries associated with e-cigarette use, or vaping, suggest products containing THC play a role in the outbreak.
    - CDC has received data on substances used in e-cigarettes or vaping products in the 30 days prior to symptom onset among 514 patients.
        - About 77% reported using THC-containing products; 36% reported exclusive use of THC-containing products.
        - About 57% reported using nicotine-containing products; 16% reported exclusive use of

Division of Reproductive Health

More CDC Sites

### What we don't know

- The specific chemical exposure(s) causing lung injuries associated with e-cigarette product use, or vaping, remains unknown at this time.
- No single product or substance has been linked to all lung injury cases.
- More information is needed to know whether one or more e-cigarette or vaping products, substances, or brand is responsible for the outbreak.

Top of Page

### What CDC recommends

- While this investigation is ongoing, CDC recommends that you consider refraining from using e-cigarette, or vaping, products, particularly those containing THC.
- If you are an adult who used e-cigarettes containing nicotine to quit cigarette smoking, do not return to smoking cigarettes.
- If you have recently used an e-cigarette or vaping product and you have symptoms like those reported in this outbreak, see a healthcare provider.
- Regardless of the ongoing investigation:
  - Anyone who uses an e-cigarette or vaping product should not buy these products (e.g., e-cigarette or vaping products with THC or CBD oils) off the street, and should not modify or add any substances to these products that are not intended by the manufacturer.
  - Youth and young adults should not use e-cigarette, or vaping, products.
  - Women who are pregnant should not use e-cigarette, or vaping, products.
  - Adults who do not currently use tobacco products should not start using e-cigarette, or vaping, products.

Top of Page

### Latest Outbreak Information on Lung Injury Associated with Electronic Cigarettes, or Vaping

- As of September 24, 2019 at 5pm, 805* lung injury cases associated with the use of e-cigarette or vaping products have been reported to CDC from the following states and 1 U.S. territory: AR, AZ, CA, CO, CT, DE, FL, GA, HI, IA, ID, IL, IN, KS, KY, LA, MA, ME, MD, MI, MN, MO, MT, MS, NC, ND, NE, NJ, NM, NV, NY, OH, OK, OR, PA, SC, SD, TN, TX, UT, VA, VT, WA, WI, WV, WY, and USVI. These numbers may change frequently.
- Twelve deaths have been confirmed in California (2), Florida, Georgia, Illinois, Indiana, Kansas (2), Minnesota, Mississippi, Missouri, and Oregon.
- The latest findings from the investigation into lung injuries associated with e-cigarette use, or vaping, suggest products containing THC play a role in the outbreak.
  - Most of the patients reported using THC-containing products or both THC-containing products and nicotine-containing products. Some of the patients reported using only nicotine-containing products.
- All patients have a reported history of e-cigarette product use, or vaping, and no consistent evidence of an infectious cause has been discovered. Therefore, the suspected cause is a chemical exposure.
- The specific chemical exposure(s) causing lung injuries associated with e-cigarette product use, or vaping, remains unknown at this time.
  - No single product or substance has been linked to all lung injury cases. More information is needed to know whether a single product, substance, brand, or method of use is responsible for the outbreak.
- CDC has received sex and age data on 771 patients.
  - About 69% of patients are male.
  - Nearly two thirds (62%) of patients are 18 to 34 years old; with 22% of patients between 18-21.
  - 16% of patients are under 18 years.
- All reported patients have a history of e-cigarette product use or vaping.
- The latest findings from the investigation into lung injuries associated with e-cigarette use, or vaping, suggest products containing THC play a role in the outbreak.
  - CDC has received data on substances used in e-cigarettes or vaping products in the 30 days prior to symptom onset among 514 patients.
    - About 77% reported using THC-containing products; 36% reported exclusive use of THC-containing products.
    - About 57% reported using nicotine-containing products; 16% reported exclusive use of

nicotine-containing products.
- CDC worked with states to create a case definition to classify confirmed and probable cases in a consistent way. State investigators determine if cases are confirmed or probable after examining the medical records of suspected patients and consulting with the clinical care team to exclude other possible causes of illness. Unlike nationally reportable conditions, these cases are requiring clinicians and public health professionals to interview patients to determine product use and individual behaviors.
- CDC will report numbers of confirmed and probable lung injury cases once states have finalized their classification of cases.
- States are in the process of classifying patients. We expect that states and clinicians may look back for past lung injury cases based on CDC's case definition.
- This complex investigation spans many states, involves hundreds of patients, and involves a wide variety of substances and e-cigarette, or vaping, products.
- CDC continues to work closely with FDA, states, public health partners, and clinicians on this outbreak.

*The increase in lung injury cases from last week represents both new patients and recent reporting of previously-identified patients to CDC.

Top of Page

Dates of symptom onset and hospital admission for patients with lung injury associated with e-cigarette use, or vaping — United States, March 31–September 21, 2019



Top of Page

# Multimedia

CDCTobaccoFree

# HAVE QUESTIONS?
Visit CDC-INFO
Call 800-232-4636
Email CDC-INFO

# CDC INFORMATION
About CDC
Jobs
Funding
Policies
File Viewers & Players

Privacy
FOIA
No Fear Act
OIG
Nondiscrimination
Accessibility

# CONNECT WITH CDC

Page last reviewed: September 27, 2019
Content source: Office on Smoking and Health, National Center for Chronic Disease Prevention and Health Promotion

U.S. Department of Health & Human Services

USA.gov

CDC Website Exit Disclaimer