# EXHIBIT 14

Declaration of Ian Devine

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

VAPOR TECHNOLOGY ASSOCIATION, et al.,

       Plaintiffs,                     Civil Action No.

vs.

CHARLIE BAKER, IN HIS OFFICIAL CAPACITY AS
GOVERNOR OF THE COMMONWEALTH OF
MASSACHUSETTS, AND MONICA BHAREL, M.D.,
IN HER OFFICIAL CAPACITY AS DEPARTMENT OF
PUBLIC HEALTH COMMISSIONER,
       Defendants.

## DECLARATION OF IAN DEVINE

I, Ian Edward Devine, do hereby declare as follows:

1. I am over the age of 18 years and have personal knowledge of the facts set forth below such that I would be competent to testify as to the same if called.

2. I am the owner of Devine Enterprise Inc., doing business as Wicked Vaped ("DEI"). DEI is a Massachusetts corporation that owns and operates to two retail vape shops in Mansfield, Massachusetts and Walpole, Massachusetts. DEI operated the Mansfield location from November 2013 until Thursday, September 26, 2019, when the statewide ban on sales of all vapor products and cease and desist letters that DEI received forced us to close both our stores because over 99 percent of the products that we sell are now prohibited. Copies of the cease and desist letters are attached hereto as Exhibit A.

3. I have long-term leases for both locations that I have personally guaranteed. There are still four years and five months remaining on the commercial lease that I have for the Walpole location and approximately one year remaining on the commercial lease that I have for the Mansfield location. We spent over $100,000 on the build-out alone for the Walpole location that I will now never recover. Further, I have personally guaranteed both leases and so will now be held personally liable because DEI will no longer be able to make rent payments to the landlords.

4. At the time we had to shut down all retail operations on September 26, 2019, I had $100,000 in inventory that consisted of now-prohibited vaping products in each of the two stores.

5. We have always prided ourselves on marketing to a target demographic of long-time smokers, not young people. Our clientele's demographic is between 35 and 70 years old and consists almost entirely of current and former smokers who have turned to vapor products as a way to reduce or end their dependence on combustible cigarettes. I estimate that approximately 30 to 35 percent of our customers have ended entirely their use not only of combustible cigarettes, but also of vapor products. We carry a zero percent nicotine concentration in all of the bottled e-liquids that we carry so that our customers can titrate down and eventually off of nicotine entirely if they desire.

6. I myself started smoking regularly in my teens and smoked combustible cigarettes at a rate of 1 1/2 or 2 packs per day for over 20 years before I tried my first e-cigarette in 2007. I have used only vapor products ever since.

7. To ensure that our vape shops do not sell to underage individuals, we check the identification of every person who enters our stores using an iPad application with an ID scanner that confirms that the potential customer is over the legal age to purchase vapor products. We do this whenever someone enters the store, regardless of whether they ultimately purchase a product or not.

8. To also reduce the possibility that our advertising is seen by minors and our products do not end up in the hands of minors, we also comply with the Vapor Technology Association's Marketing Standards for Membership.

9. We understand from follow-up communications from the local board of health that our shops have never failed to prevent any attempted purchases by minors that have been organized or attempted by the local law enforcement authorities.

10. We had five employees at the time we shut down our operations on September 26, 2019. In the event that we do not receive judicial relief in the next week, I will be forced to lay these employees off permanently due to the lack of revenue from our closed stores. The ban will also destroy my business. I will be forced to shut down my operations permanently, as without income from those stores, I will be unable to pay the leases or the other operating expenses associated with keeping the stores.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Dated: September 29, 2019

Ian Edward Devine

1 [signature: Ian Edward Devine]

EXHIBIT A

This Cease and Desist Order is issued to:
Wicked Vaped
979 Old Post Road, Walpole, MA
September 25, 2019

## CEASE AND DESIST ORDER

Pursuant to the Commissioner of the Department of Public Health's Order dated September 24, 2019, the sale or display of vaping products is prohibited in Massachusetts. Wicked Vaped is hereby **ordered to immediately cease and desist the violation of the Commissioner of the Department of Public Health's Order.**

Cumberland Farms violated the **Commissioner of the Department of Public Health's Order** by [agent shall check all that apply]:

- ☐ the undersigned witnessed the sale of vaping products by Wicked Vaped
- ☐ the undersigned witnessed the display of vaping products by Wicked Vape
- ☐ other, see the below narrative description, with any necessary additional pages attached:

> Must stop selling & displaying all of the vape products, & devices —

Operation in violation of this Cease and Desist Order is a violation of law and may result in loss of permit after a Public Hearing.

Signed by: *[signature]*
As agent of Walpole Board of Health

Date: 9/25/19

Cease and Desist Order Received by: *[signature]*
Name:
On behalf of Wicked Vaped

Date: 9/25/19

Instructions to DPH/LBOH agent: Two copies of this form should be completed, with one complete and signed copy given to the firm and one complete and signed copy kept by you. Local Boards of Health must provide a copy of the order to the Department of Public Health and keep a copy for your agency's records.

9/2019

4

This Cease and Desist Order is issued to:
WICKED VAPED
266 NORTH MAIN STREET, UNIT 2, MANSFIELD
Date: 9/26/19

## CEASE AND DESIST ORDER

Pursuant to the Commissioner of the Department of Public Health's Order dated September 24, 2019, the sale or display of vaping products is prohibited in Massachusetts. WICKED VAPED is hereby **ordered to immediately cease and desist the violation of the Commissioner of the Department of Public Health's Order.**

WICKED VAPED violated the **Commissioner of the Department of Public Health's Order** by:
- [x] the undersigned witnessed the sale of vaping products by WICKED VAPED
- [x] the undersigned witnessed the display of vaping products by WICKED VAPED
- [ ] other, see the below narrative description, with any necessary additional pages attached:

> All vaping products were actively available at time of visit on 9/26/19

Operation in violation of this Cease and Desist Order is a violation of law and may result in fines, seizure of vape products or other penalties.

Signed by: *[signature]*
Name: Amy Donovan-Palmer
As agent of Mansfield Board of Health

Date: 9/26/19

Cease and Desist Order Received by: *[signature]*
Name:
On behalf of WICKED VAPED

Date: 9/26/19

Instructions to DPH/LBOH agent: Two copies of this form should be completed, with one complete and signed copy given to the firm and one complete and signed copy kept by you. Local Boards of Health must provide a copy of the order to the Department of Public Health and keep a copy for your agency's records.