# EXHIBIT 15

Declaration of Christopher Austin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VAPOR TECHNOLOGY ASSOCIATION, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>CHARLIE BAKER, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS, AND MONICA BHAREL, M.D, IN HER OFFICIAL CAPACITY AS DEPARTMENT OF PUBLIC HEALTH COMMISSIONER,<br>      Defendants. | Civil Action No. |

## DECLARATION OF CHRISTOPHER AUSTIN

I, Christopher Austin, do hereby declare as follows:

1.	I am over the age of 18 years and have personal knowledge of the facts set forth below such that I would be competent to testify as to the same if called.

2.	I am a resident of Massachusetts and the owner of four retail vaping products stores, all of which are located in New Hampshire. My stores sell liquids that may be aerosolized in vaping devices, and vaping devices.  None of my four stores sell products containing Tetrahydrocannabinol (THC) or other cannabinoids.

3.	One of my stores, Route 1 Vapors, is located at 779 Lafayette Road, Seabrook, New Hampshire, 03874.  This store is located a little over a mile from the border between New Hampshire and Massachusetts. Route 1 Vapors is owned by my company, Rising Sun Vapors LLC, which is a New Hampshire LLC.

4.	Another of my stores, Route 28 Vapors, is located at 294 North Broadway, Salem, New Hampshire, 03079.  This location is about four miles from the New Hampshire-

1

Massachusetts border. Route 28 Vapors is owned by Ohmerica LLC, which is also a New Hampshire LLC that I own.

5. I advertise my businesses online through a website (https://route1vapors.com), a Facebook page, and an Instagram account. I use these accounts to inform visitors throughout New England about the products offered for sale at my stores, and the locations and hours of operation of my stores. All three online locations contain images of vaping devices and vaping products.

6. I advertise online with the purpose of attracting customers from both New Hampshire and Massachusetts. The locations of Route 1 Vapors and Route 28 Vapors make the stores convenient for many Massachusetts-area residents. Many of the customers of these stores live in Massachusetts.

7. If I am prevented from displaying images of vaping products online in Massachusetts, where I live and many of my customers view my online accounts, I will lose a valuable means of attracting customers and will suffer lost sales and lost customers.

8. I purchase inventory for my New Hampshire stores from Beantown Vapor, located in Plymouth, Massachusetts. Beantown Vapor is a wholesaler of vapor products and has a storefront location in Massachusetts. I have bought vapor products from Beantown Vapor for resale in my stores for several years. I rely on Beantown Vapor as the source for many of the products I sell in my stores.

9. I have a good working relationship with this Beantown Vapor, as a result of my repeated transactions. In addition, I am familiar with and trust the quality of its products.

10. If Beantown Vapor were unable to supply me with products, my New Hampshire stores would be severely injured because I would lose a trusted and reliable supplier for my stores.

It also would mean that I would have to find a new supplier, a process that would take time and money, and may result in being inferior or more expensive products. My stores may run out of inventory in the time it takes me to locate a new supplier and then obtain goods for resale. If this were to happen, I would have to turn away customers and, therefore, would lose business.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Dated: September 30, 2019

_____
Christopher Austin