# EXHIBIT 16

Declaration of Adam Webster

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VAPOR TECHNOLOGY ASSOCIATION, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CHARLIE BAKER, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS, AND MONICA BHAREL, M.D, IN HER OFFICIAL CAPACITY AS DEPARTMENT OF PUBLIC HEALTH COMMISSIONER,<br>　　　　Defendants. | Civil Action No. |

**DECLARATION OF ADAM WEBSTER**

I, Adam Webster, do hereby declare as follows:

1.　　I am over the age of 18 years and have personal knowledge of the facts set forth below such that I would be competent to testify as to the same if called.

2.　　I am a resident of Connecticut and the owner of vaping products stores in Connecticut named the Steam Company. My stores manufacturer and sell liquids that may be aerosolized in vaping devices, and vaping devices. None of my stores sell products containing Tetrahydrocannabinol (THC) or other cannabinoids.

3.　　I advertise my businesses online through a website (https://www.thesteamco.com), and through direct emails. I direct emails to Massachusetts residents and my website is visible to them. I display vaping products in each type of advertisement. I ship my products directly into Massachusetts and derive income from sales into Massachusetts.

1

4. If I were banned from selling into Massachusetts it would directly injury my business as I would lose all of that sales revenue. The same is true if I were banned from displaying the products I sell online in Massachusetts, which would adversely affect my sales into Massachusetts.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Dated: September 30, 2019            _____
                                      Adam Webster