IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VAPOR TECHNOLOGY ASSOCIATION, IAN DEVINE, DEVINE ENTERPRISE, INC., CHRISTOPHER AUSTIN, RISING SUN VAPORS LLC, OHMERICA LLC, ADAM WEBSTER, THE STEAM CO. LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLIE BAKER, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS, AND MONICA BHAREL, M.D., IN HER OFFICIAL CAPACITY AS DEPARTMENT OF PUBLIC HEALTH COMMISSIONER,<br><br>Defendants. | Civil Action No. 19-12048 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, each of Plaintiffs Vapor Technology Association, Devine Enterprise, Inc., Rising Sun Vapors LLC, Ohmerica LLC, and The Steam Co. LLC states that it has no parent corporation nor does any publicly held corporation own 10 percent or more of its stock.

Respectfully submitted,

/s/ *William W. Fick*

| | |
|---|---|
| William W. Fick (BBO # 650562) | Joseph M. Terry (*pro hac vice forthcoming*) |
| Daniel N. Marx (BBO #674523) | David Randall J. Riskin (*pro hac vice forthcoming*) |
| FICK & MARX LLP | Whitney G. Woodward (*pro vice forthcoming*) |
| 24 Federal Street, 4th Floor | WILLIAMS & CONNOLLY LLP |
| Boston, MA 02110 | 725 Twelfth Street, N.W. |
| Telephone: (857) 321-8360 | Washington, DC 20005 |
| wfick@fickmarx.com | Telephone: (202) 434-5000 |
| dmarx@fickmarx.com | jterry@wc.com |
| | driskin@wc.com |
| | wwoodward@wc.com |

*Counsel for Plaintiffs*

October 1, 2019

## CERTIFICATE OF SERVICE

       I certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be served by hand delivery on the defendants at the following addresses on October 2, 2019:

Governor Charlie Baker
Office of the Governor
Massachusetts State House
24 Beacon Street
Boston, MA 02133

Monica Bharel, M.D., Commissioner
Department of Public Health
250 Washington Street
Boston, MA 02108

Attorney General Maura Healey
Office of the Attorney General
One Ashburton Place
Boston, MA 02108

In addition, a copy will be served by e-mail PDF upon:

Timothy J. Casey
Assistant Attorney General
Chief, Administrative Law Division
timothy.casey@mass.gov

                                                  */s/ William W. Fick*
                                                      William W. Fick

October 1, 2019