IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VAPOR TECHNOLOGY ASSOCIATION, IAN DEVINE, DEVINE ENTERPRISE INC., CHRISTOPHER AUSTIN, RISING SUN VAPORS LLC, OHMERICA LLC, ADAM WEBSTER, THE STEAM CO. LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLIE BAKER, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS, AND MONICA BHAREL, M.D., IN HER OFFICIAL CAPACITY AS DEPARTMENT OF PUBLIC HEALTH COMMISSIONER,<br><br>Defendants. | Civil Action No. 19-12048<br><br>**ORAL ARGUMENT REQUESTED** |

**VAPOR TECHNOLOGY ASSOCIATION, IAN DEVINE, DEVINE ENTERPRISE, INC., CHRISTOPHER AUSTIN, RISING SUN VAPORS LLC, OHMERICA LLC, ADAM WEBSTER, AND THE STEAM CO. LLC'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Vapor Technology Association, Ian Devine, Devine Enterprise Inc., Christopher Austin, Rising Sun Vapors LLC, Ohmerica LLC, Adam Webster, and The Steam Co. LLC (collectively, "Plaintiffs") together move for a temporary restraining order and preliminary injunction under Federal Rule of Civil Procedure 65 to enjoin Charlie Baker, in his official capacity as Governor of the Commonwealth of Massachusetts, Defendant Monica Bharel, M.D., in her official capacity as Department of Public Health Commissioner, from enforcing the Order of the Commissioner of Public Health Pursuant to the Governor's September 24, 2019 Declaration of a Public Health Emergency, pending full disposition of Plaintiffs' claims on the merits.

Respectfully submitted,


//s/ *William W. Fick*

| | |
|---|---|
| William W. Fick (BBO #650562) | Joseph M. Terry (*pro hac vice forthcoming*) |
| Daniel N. Marx (BBO #674523) | David Randall J. Riskin (*pro hac vice forthcoming*) |
| FICK & MARX LLP | Whitney G. Woodward (*pro vice forthcoming*) |
| 24 Federal Street, 4th Floor | WILLIAMS & CONNOLLY LLP |
| Boston, MA 02110 | 725 Twelfth Street, N.W. |
| Telephone: (857) 321-8360 | Washington, DC 20005 |
| wfick@fickmarx.com | Telephone: (202) 434-5000 |
| dmarx@fickmarx.com | jterry@wc.com |
| | driskin@wc.com |
| | wwoodward@wc.com |

*Counsel for Plaintiffs*


October 1, 2019

## LOCAL RULE 7.1(a)(2) CERTIFICATION

      I, Joseph M. Terry, hereby certify that counsel for Plaintiffs conferred with opposing counsel in an effort in good faith to resolve or narrow the issues presented in this motion. No resolution was reached. During this conference, the Massachusetts Office of the Attorney General informed counsel for Plaintiffs that the Emergency Order will be amended in a manner that could potentially narrow the issues involved.

                                          /s/ Joseph M. Terry
                                          Joseph M. Terry

October 1, 2019

## CERTIFICATE OF SERVICE

       I certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be served by hand delivery on the defendants at the following addresses on October 2, 2019:

Governor Charlie Baker
Office of the Governor
Massachusetts State House
24 Beacon Street
Boston, MA 02133

Monica Bharel, M.D., Commissioner
Department of Public Health
250 Washington Street
Boston, MA 02108

Attorney General Maura Healey
Office of the Attorney General
One Ashburton Place
Boston, MA  02108

In addition, a copy will be served by e-email PDF upon:

Timothy J. Casey
Assistant Attorney General
Chief, Administrative Law Division
timothy.casey@mass.gov

                                  */s/ William W. Fick*
                                     William W. Fick

October 1, 2019