IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VAPOR TECHNOLOGY ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHARLIE BAKER, in his official capacity as the Governor of the Commonwealth of Massachusetts, et al., <br><br> Defendants. | No. 19-cv-12048-IT |

## NOTICE OF APPEARANCE

Undersigned counsel hereby appears on behalf of Plaintiffs Vapor Technology Association, Ian Devine, Devine Enterprise Inc., Christopher Austin, Rising Sun Vapors LLC, Ohmerica LLC, Adam Webster, and The Steam Co. LLC.

Respectfully submitted,

*/s/ Daniel N. Marx*
Daniel N. Marx, Esq. (BBO # 674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
DMARX@FICKMARX.COM

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 2, 2019.

*/s/ Daniel N. Marx*