IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VAPOR TECHNOLOGY ASSOCIATION, IAN DEVINE, DEVINE ENTERPRISE INC., CHRISTOPHER AUSTIN, RISING SUN VAPORS LLC, OHMERICA LLC, ADAM WEBSTER, THE STEAM CO. LLC,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CHARLIE BAKER, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS, AND MONICA BHAREL, M.D., IN HER OFFICIAL CAPACITY AS DEPARTMENT OF PUBLIC HEALTH COMMISSIONER,<br><br>　　　　　Defendants. | No. 19-cv-12048-IT |

**PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR PRELMINARY INJUNCTION AND CANCEL EVIDENTIARY HEARING**

　　Plaintiffs, Vapor Technology Association, et al., respectfully move to withdraw their Motion for Preliminary Injunction [ECF # 3], and to cancel the evidentiary hearing scheduled for for October 15, 2019, so that the case may proceed in the normal course to adjudication with the benefit of discovery and a more complete record as to its significant federal constitutional issues.

　　In addition, an evidentiary hearing is already under way in a related state case based on state-law claims, *Vapor Technology Association, et al. v. Baker et al.*, 1984 CV 03102 (Suffolk Super. Ct.), and it would inefficient and expensive for both parties to have many of the same witnesses providing essentially the same testimony in two parallel proceedings.

　　The Defendants do not assent to this motion.

Respectfully submitted,

//s/ *William W. Fick*

| | |
|---|---|
| William W. Fick (BBO #650562) | Joseph M. Terry (*pro hac vice*) |
| Daniel N. Marx (BBO #674523) | David Randall J. Riskin (*pro hac vice*) |
| FICK & MARX LLP | Whitney G. Woodward (*pro hac vice*) |
| 24 Federal Street, 4th Floor | WILLIAMS & CONNOLLY LLP |
| Boston, MA 02110 | 725 Twelfth Street, N.W. |
| Telephone: (857) 321-8360 | Washington, DC 20005 |
| wfick@fickmarx.com | Telephone: (202) 434-5000 |
| dmarx@fickmarx.com | jterry@wc.com |
| | driskin@wc.com |
| | wwoodward@wc.com |

*Counsel for Plaintiffs*

October 11, 2019

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, William W. Fick, hereby certify that counsel for Plaintiffs conferred with opposing counsel concerning this motion. Counsel for defendants do not assent but stated that they would confer further about whether, and on what grounds, they might object.

*/s/ William W. Fick*
William W. Fick

## CERTIFICATE OF SERVICE

I certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 11, 2019.

*/s/ William W. Fick*
William W. Fick